In the Matter of the Application of MARTIN McMAHON, Appellant, for a Peremptory Mandamus Order against JAMES E. FINEGAN, President, and Others, Members of and Constituting the Municipal Civil Service Commission of the City of New York, and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

JOSEPH H. MADELEN, an Infant, by CHARLES MADELEN, His Guardian ad Litem, and Another, Respondents, v. SAMUEL TEPLER, Appellant, Impleaded with Another. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

123–125 WAVERLY PLACE, INC., Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with OAKDALE CONTRACTING Co., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance.

INDEPENDENCE INDEMNITY COMPANY, Respondent, v. FAMOUS RED ASH COAL Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

LIVERIGHT PUBLISHING CORPORATION, Respondent, v. THEODORE DREISER, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance.

WILLIAM TUCKER, Appellant, v. MORRIS A. STOCK and Others, Respondents.— Order so far as appealed from entered December 12, 1934, affirmed, with twenty dollars costs and disbursements to the respondents. Order entered January 7, 1935, affirmed, preference granted and case set for the day calendar for April 15, 1935. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

JOHN OSBORNE and Another, Respondents, v. MAINE CENTRAL RAILROAD COMPANY and Others, Defendants, Impleaded with THE PULLMAN COMPANY, Appellant. — Order modified by granting motion to the extent of requiring the causes of action in the complaint to be separately stated and numbered with respect to each plaintiff, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.